

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

TROY VINCENT LEWALD,
    *Appellant,*          :

               :

    v.                     U.S.C.A. No.: <u>25-2166</u>

               :

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, *et al.,*
    *Appellee.*          :

## ORDER

NOW THIS _____ day of _____, 2025, upon consideration of *Appellant's Motion for Stay* and any response thereto, it is hereby **ORDERED AND DECREED:**

THAT *Appellant's Motion for Stay* is hereby **GRANTED**. All proceedings are stayed until further notice. The Clerk is directed to serve Appellant the District Court's Memorandum within 10 days.

BY THE COURT

_____
                                 J.

RECEIVED JUL 14 2025 U.S.C.A. 3rd. CIR

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| TROY VINCENT LEWALD, | : | |
| *Appellant*, | | |
| | : | |
| v. | | U.S.C.A. No.: 25-2166 |
| | : | |
| PENNSYLVANIA DEPARTMENT | | |
| OF CORRECTIONS, *et al.*, | : | |
| *Appellee*. | | |

### APPELLANT'S MOTION FOR STAY

*AND NOW*, comes Appellant, Troy Vincent Lewald, *Pro Se'*, who respectfully moves this Honorable Court pursuant to *3rd Cir. L.A.R. 8.1* for an Order granting this Motion for Stay, and avers the following in support thereof:

1. On or about June 7, 2025, Appellant was served the District Court's single-page Order granting the defendant/appellee summary judgement. *(EFC. 140); See Exhibit A - Order, attached herein;*

2. Said Order references a "memorandum" that was not served to Plaintiff/Appellant, as indicitive of the standard $0.69 postage and standard letter-sized envelope. *See Exhibit A - Envelope, attached herein;*

3. On June 11, 2025, Appellant filed a *Praecipe to Produce Memorandum* in the District Court that was ignored. *(EFC. 143); See Exhibit B, attached herein;*

4. On June 24, 2025, after not receiving the accompanying memorandum of the District Court, Appellant filed a *Praecipe to Produce Memorandum Dated 3 JUNE 2025* in the District Court that was ignored. *See Exhibit C, attached herein;*

5. On June 24, 2025, after not receiving the accompanying memorandum of the

District Court, Appellant filed a *Objections to Order Dated 3 JUNE 2025* in the District Court noting the objections were being made **"without the benefit of being provided the Court's memorandum."** *(emphasis original); See Exhibit D, attached herein*;

6. On June 30, 2025, after not receiving the accompanying memorandum of the District Court, Appellant filed a *Correspondence to the Clerk* in the Appeals Court that was ignored. *See Exhibit E, attached herein*;

7. On July 8, 2025, Appellant received this Honorable Court's Order granting Appellant's Application for Leave to Proceed In Forma Pauperis and directing Appellant to submit argument within 21 days. *See Exhibit F, attached herein*;

8. Appellant believes, and therefore avers, his appellant rights are being impeded by the intentional retention of the Distric Court's memoradum that should have accompanied the Order dated June 3, 2025;

9. This Honorable Court should Stay the proceedings and argument due by Appellant and direct the Clerk(s) to immediately forward the referenced memorandum by the lower Court within 10 days.

WHEREFORE, Appellant respectfully moves this Honorable Court for an Order GRANTING this Motion for Stay and direct the District Court to immediately forward the memorandum referenced in the June 3, 2025, Order.

Respectfully submitted,

Dated: July 9, 2025

Troy Vincent Lewald/NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

2

# EXHIBIT A



$0.69 ©
US POSTAGE IMI
FIRST-CLASS
063S0012924923
FROM 19106

PHILADELPHIA PA 190
4 JUN 2025 PM 9 L

Rec'd 6/7/2025
@515PM

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

PHILADELPHIA, PA 19106-9865

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE, $300

J.A. 1803 - 19426-999955

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LEWALD, | : | CIVIL ACTION |
|      *Plaintiff,* | : | |
| | : | |
|    v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF CORRECTIONS "PADOC" | : | |
|      *Defendant.* | : | NO. 22-cv-04625 |

## O R D E R

AND NOW, this **3rd** day of **June 2025**, after review of the docket and consideration of Defendant's Motion for Summary Judgment (ECF No. 130), Defendant's response and objections thereto (ECF Nos. 135–36), and the accompanying exhibits, for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF No. 130) is **GRANTED**. The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

# EXHIBIT B

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

TROY VINCENT LEWALD,        :
     *Appellant,*

                     :

     v.                  :      No.: _____

                     :

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, *et al.*,    :
                      Pa.E.D. Court No.: <u>22-CV-04625</u>

     *Appellee.*        :

## <u>PRAECIPE TO PRODUCE MEMORANDUM</u>

TO THE CLERK OF SAID COURT:

Kindly send the Appellant/Plaintiff a copy of the "accompanying memorandum" alluded to in the order dated <u>3rd day of June 2025</u>; (EFC. 140).

Appellant/Plaintiff was served said order on or about June 7, 2025 and there was no memorandum or other documentation enclosed with the order.

                           Respectfully submitted,

Dated: <u>June 11, 2025</u>

                           Troy Vincent Lewald/NS1262
                           1200 Mokychic Dr.
                           Collegeville, PA 19426

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT PENNSYLVANIA

TROY VINCENT LEWALD,          :
    *Plaintiff*,

                  :

    v.          Civil Action No.: 22-CV-04625

                  :

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, *et al.*,          :          *JURY TRIAL DEMANDED*
    *Defendants*.

                  :

## PRAECIPE TO PRODUCE MEMORANDUM DATED 3 JUNE 2025

TO THE CLERK OF SAID COURT:

Kindly send the Appellant/Plaintiff the memorandum referenced in the order dated 3 June 2025; *EFC. 140.*

**The memorandum has not been sent to Plaintiff and 3 weeks has elapsed.**

                  Respectfully submitted,

Dated: June 24, 2025

                  Troy Vincent Lewald/NS1262
                  1200 Mokychic Dr.
                  Collegeville, PA 19426

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA, PA 19106-9865
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

PHILADELPHIA PA 190

26 JUN 2025 PM 7 L

19426-999955

$0.690
US POSTAGE IMI
FIRST-CLASS
0653S001292492S
FROM 19106

B99411.01

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LEWALD,                          :        CIVIL ACTION
                    *Plaintiff,*      :
                                      :
        v.                            :
                                      :
PENNSYLVANIA DEPARTMENT               :
OF CORRECTIONS "PADOC",               :
                    *Defendant.*      :        NO. 22-cv4625

## O R D E R

AND NOW, this 24th day of June 2025, after review of the docket and Pro Se Plaintiff

Troy Lewald's filings: Appellant's Motion to be Heard on the Full Record (ECF No. 142),

Praecipe to Produce Memorandum (ECF No. 143), Continuation In Forma Pauperis (ECF No.

144), Affidavit of Accompanying Motion for Permission to Appeal In Forma Pauperis (ECF No.

145), and Certification of Prisoner's Institutional Account Balance (ECF No. 146), it is hereby

**ORDERED** the Clerk of Court shall transfer these filings (ECF Nos. 142, 143, 144, 145 and

146) to the United States Court of Appeals for the Third Circuit (USCA # 25-2166).

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT PENNSYLVANIA

TROY VINCENT LEWALD,      :
    *Plaintiff,*

                          :

    v.      :      Civil Action No.: <u>22-CV-04625</u>

                          :

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, *et al.,*      :      *JURY TRIAL DEMANDED*

    *Defendants.*      :

## <u>PLAINTIFF'S OBJECTIONS TO ORDER DATED 3 JUNE 2025</u>

*AND NOW*, comes Plaintiff, <u>Troy Vincent Lewald</u>, *Pro Se'*, who respectfully sets forth the following objections to this Honorable Court's order dated June 3, 2025 - *without the benefit of being provided the Court's Memorandum* - averring the following in support thereof:

1. Said order is unsupported and/or contrary to the evidence of the record;

2. Said order is contrary to the substantive law of this circuit;

3. Summary judgment should have denied if the moving party fails - as in the case at bar - to demonstrate its entitlement beyind a reasonable doubt;

4. The evidence of the record does not show a clear case for denying Plaintiff his right to a trial;

5. The reviewing court on the entire evidence is left with the definite and firm

1

conviction that a mistake has been committed;

6. District Court's factual findings are clearly erroneous;

7. District Court has abused it's discretion in granting summary judgement;

8. District Court improperly made credibility determinations and/or engaged in weighing of evidence;

9. District Court imporperly granted summary judgement based on perceived disparity between Plaintiff's statement and medical records;

10. District Court imporperly granted summary judgement based on impermissible credibility determination and weighing of contradictory evidence;

11. District Court has abused it's discretion in granting summary judgement knowing that the defendants are withholding the discovery Plaintiff requested;

12. District Court has abused it's discretion in granting summary judgement when the materials sought are the object of outstanding discovery. *See Plaintiff's Brief in Opposition to Summary Judgement, Exhibit P-55*;

13. District Court has abused it's discretion in granting summary judgement knowing that the defendants are withholding Plaintiff's legal materials required to prepare proper responses. *See Docket Entries: 102-104, 106-107, 113-114*;

14. The moving party (Defendants) failed to meet their burden of identifying

the absence of evidence of a genuine issue of material fact;

15. The non-moving party (Plaintiff) has rebutted the summary judgement motion with clear facts in the record that support a genuine issue of material fact;

16. Plaintiff has identified more than a scintilla of evidence supporting the nonmoving party and more than some metaphysical doubt as to the material facts;

17. The Court has not considered all evidence in the light most favorable to the party opposing the motion;

18. Where the non-moving party's evidence contradicts the movant's, the non-movant's was not taken as true;

19. Plaintiff has shown material issues of fact by competent evidence that such factual disputes exist;

20. Plaintiff has provided evidence which is admissible at trial and must be considered in ruling on a motion for summary judgment;

21. Plaintiff has not only denied averments of the defendants, but has also produced supporting evidence of said denials. The Plaintiff has not rested upon mere allegations or denials;

22. Plaintiff has created a genuine issue of material fact by providing evidence such that a reasonable jury could return a verdict for the nonmoving party (Plaintiff);

23. Plaintiff has not relied merely upon bare assertions, conclusory allegations or suspicions.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to **SUSTAIN** *Plaintiff's Objections Order Dated 3 June 2025* for Reconsideration and appeal.

Respectfully submitted,

Dated: <u>June 24, 2025</u>

Troy Vincent Lewald/NS1262
1200 Mokychic Dr.
Collegeville, PA 19426

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT PENNSYLVANIA

TROY VINCENT LEWALD,                    :
    *Plaintiff,*

                        :

    v.                                  :          Civil Action No.: <u>22-CV-04625</u>

                        :

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, *et al.*,                :          *JURY TRIAL DEMANDED*

    *Defendants.*                       :

## CERTIFICATE OF SERVICE

I, <u>Troy Vincent Lewald</u>, Plaintiff *Pro Se'*, do hereby certify that I am on this day, serving the foregoing document(s) upon the person and in the manner as indicated below, which service satisfies the requirements of Fed.R.Civ.P. 5(b)(2)(c).

<u>Service by first-class mail</u>:
**Office of Attorney General
Brendan Mullen
1600 Arch St., Suite 300
Philadelphia, PA 19103**

Dated: <u>June 24, 2025</u>

                                         Troy Vincent Lewald/NS1262
                                         SCI-PHX
                                         PO Box 33028
                                         St. Petersburg, FL 33733

# EXHIBIT E

Dear Clerk:                                     6/30/2025

RE: USCA # 25-2166

    Please may I have a copy of the memorandum that I should have received with ECF # 140 from the lower Court? This is my 3rd request for said memorandum — See ECF #143. I cannot effectively brief an unknown ruling.

    Also, please may I have a copy of the docket?

        Thank you so much,

        Troy Vincent Lewald
        NS1262
        1200 Mokychic Dr.
        Collegeville, PA 19426

# EXHIBIT F

PHILADELPHIA PA 190
1 JUL 2025 PM 9 L

FIRST-CLASS

US POSTAGE *AND* PITNEY BOWES

ZIP 19106 $ 000.97⁰
02 7M
0008035226 JUL. 01. 2025

JA 15025
2024 7/18/2025
5:58PM

1st Attempt

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
21400 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**Legal Mail:**
**Open in inmate's presence**

19426-024444

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 25-2166

Lewald v. Pennsylvania Department of Corrections
(E.D. Pa. No. 2:22-cv-04625)

To: Clerk

    1)   Application by Appellant for Leave to Proceed In Forma Pauperis

---

    The foregoing motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $605.00 fee in installments regardless of the outcome of the appeal. 28 U.S.C. Section 1915 (b). The Court hereby directs the warden or his or her designee to assess an initial filing fee, when funds are available, of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Eastern District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Eastern District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal. The warden, or his or her designee, shall forward payments to the appropriate courts simultaneously if there are multiple orders.

    The appeal will be submitted to a panel of this court for determination under 28 U.S.C. Section 1915(e)(2) as to whether the appeal will be dismissed as legally frivolous or whether summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6 is appropriate. In making this determination, the district court opinion and record will be examined. Appellant may submit argument, which should not exceed 5 pages, in support of the appeal. The document, with certificate of service, must be filed with the clerk within 21 days of the date of this order. Appellee need not file a response unless directed to do so.

    The court may reconsider in forma pauperis status at any time.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 1, 2025
Gch/cc: Troy Lewald
All Counsel of Record



A True Copy:

Patricia S. Dodszuweit, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

TROY VINCENT LEWALD,           :
    *Appellant*,

                              :

    v.                             U.S.C.A. No.: 25-2166

                              :

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, *et al.*,       :
    *Appellee*.

### CERTIFICATE OF SERVICE

I, Troy Vincent Lewald, Appellant/Plaintiff *Pro Se'*, do hereby certify that I am on this day, serving the foregoing document(s) upon the person and in the manner as indicated below, which service satisfies the requirements of *Fed.R.Civ.P. 5(b)(2)(c); FRAP 25(c); and 3rd Cir. L.A.R. 25.1*.

Service by first-class mail:
Office of Attorney General
Brendan Mullen
1600 Arch St., Suite 300
Philadelphia, PA 19103

Dated: July 9, 2025

                               Troy Vincent Lewald/NS1262
                               SCI-PHX
                               PO Box 33028
                               St. Petersburg, FL 33733

Smart Communications/PADOC

SCI- PHX

Name Troy Lewald

Number NS1262

~~PO Box 33028~~
1200 Mokychic Dr.
~~St Petersburg FL 33733~~
Collegeville, PA 19426

Office of Clerk
US Court of Appeals
21400 US Courthouse
601 Market St.
Philadelphia, PA 19106



quadient
FIRST-CLASS MAIL
IMI
$002.59⁰
07/10/2025 ZIP 19426
043M31248366
US POSTAGE



RECEIVED
JUL 14 2025
U.S.C.A. 3rd. CIR