No. 25-2166

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Troy Lewald,

Plaintiff-Appellant,

v.

Pennsylvania Department of Corrections, et al.,

Defendants-Appellees.

On Appeal from a Final Judgment of the
United States District Court for the Eastern District of Pennsylvania
Case No. 2:22-cv-04625, Hon. Chad F. Kenney

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE OPENING BRIEF

Becca Steinberg
Brian Wolfman
Natasha R. Khan
GEORGETOWN LAW APPELLATE
  COURTS IMMERSION CLINIC
600 New Jersey Ave., NW,
  Suite 312
Washington, D.C. 20001
(202) 662-9549

Counsel for Plaintiff-Appellant Troy Lewald

February 25, 2026

## Unopposed Motion for Extension of Time

Appellant Troy Lewald moves this Court for a 14-day extension of time to file his opening brief, which is currently due on March 4, 2026. With the requested extension, the opening brief would be due on **March 18, 2026**. Counsel for Appellees have indicated that they do not object to the relief sought in this motion. This motion should be granted for the following reasons.

**1.** Appellant is jointly represented by Georgetown Law Appellate Courts Immersion Clinic (ACIC), an appellate-litigation clinic at Georgetown University Law Center, and Rights Behind Bars. ACIC is taking the laboring oar in briefing for this appeal. At ACIC, Georgetown Law students take principal responsibility for researching and drafting briefs under attorney supervision.

**2.** ACIC has assigned a team of three students—Kiarra Alleyne, Lindsey Gradowski, and Galen Green—to work on the opening brief for this case. The students have been diligently researching, drafting, and revising the brief.

**3.** Because qualified law students are working on this brief, Mr. Lewald's signature is required to authorize the students' appearance. Mr. Lewald is currently incarcerated, and ACIC is waiting to receive the signed authorization from Mr. Lewald. We are concerned that we will not have Mr. Lewald's authorization in hand by the current due date, March 4.

1

**4.** The sole reason for this request is the need for Mr. Lewald's authorization. If this authorization is received before the requested due date, counsel will file the brief promptly.

**5**. This is the second request filed by Appellant seeking an extension of the due date for a brief in this appeal.

For these reasons, this motion for extension of time should be granted.

Respectfully submitted,

/s/ Becca Steinberg
Becca Steinberg
Brian Wolfman
Natasha R. Khan
GEORGETOWN LAW APPELLATE COURTS
 IMMERSION CLINIC
600 New Jersey Ave., NW, Suite 312
Washington, D.C. 20001
(202) 662-9549
becca.steinberg@georgetown.edu

Counsel for Plaintiff-Appellant
Troy Lewald

February 25, 2026

## Certificate of Compliance

I certify under Federal Rule of Appellate Procedure 32(g)(1) that, at 274 words, this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A). I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2021 in 14-point Century Schoolbook type.

/s/ Becca Steinberg
Becca Steinberg

## Certificate of Service

I certify that, on February 25, 2026, this motion was filed using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served electronically via that system.

/s/ Becca Steinberg
Becca Steinberg

Counsel for Plaintiff-Appellant
Troy Lewald