No. 25-2166

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Troy Lewald,

                  Plaintiff-Appellant,

v.

Pennsylvania Department of Corrections, et al.,

                  Defendants-Appellees.

On Appeal from a Final Judgment of the
United States District Court for the Eastern District of Pennsylvania
Case No. 2:22-cv-04625, Hon. Chad F. Kenney

## MOTION FOR ADMISSION OF LAW STUDENTS UNDER THIS COURT'S RULE 46.3

Becca Steinberg
Brian Wolfman
Natasha R. Khan
GEORGETOWN LAW APPELLATE
  COURTS IMMERSION CLINIC
600 New Jersey Ave., NW,
  Suite 312
Washington, D.C. 20001
(202) 662-9549

Counsel for Plaintiff-Appellant Troy Lewald

March 5, 2026

## Motion for Admission of Law Students under this Court's Rule 46.3

Under this Court's Rule 46.3, plaintiff-appellant Troy Vincent Lewald moves for the admission of three law students enrolled at Georgetown University Law Center: Kiarra Alleyne, Lindsey Gradowski, and Galen Green. The motion should be granted for these reasons:

**1.** Mr. Lewal is represented by Georgetown Law's Appellate Courts Immersion Clinic (ACIC), an appellate-litigation clinic at Georgetown University Law Center.

**2.** Through ACIC, Georgetown Law students work on appeals under attorney supervision. In this case, Brian Wolfman, the clinic's director, and Becca Steinberg, a clinical teaching fellow and staff attorney, have assigned three students—Kiarra Alleyne, Lindsey Gradowski, and Galen Green—to work on the opening brief. *See* Third Cir. R. 46.3(a)(2) (authorizing practice by certain students enrolled in law-school clinics).

**4.** Ms. Alleyne, Ms. Gradowski, and Ms. Green enrolled in an ABA-approved law school; none of them is receiving compensation for their work on this appeal; and each has certified in writing (in documents submitted in separate ECF submissions to this Court) that they have read and are familiar with the relevant rules of professional responsibility. *See* Third Cir. R. 46.3(b)(1), (4), and (5). Each has also submitted the oath required by this Court's Rule 46.3(b)(6). Mr. Lewald

has consented in writing to the students' appearances. *See* Third Cir. R. 46.3(a)(1).

**5.** Ms. Alleyne, Ms. Gradowski, and Ms. Green are enrolled in a law-school clinic and thus meet the requirement in this Court's Rule 46.3(b)(2) that admitted students must have completed the equivalent of at least four semesters of law school or be enrolled in a law-school clinic or pro bono program.

## Conclusion

This motion for the admission of law students under this Court's Rule 46.3 should be granted.

Respectfully submitted,

/s/ Becca Steinberg
Becca Steinberg
GEORGETOWN LAW APPELLATE
  COURTS IMMERSION CLINIC
600 New Jersey Ave., NW, Suite 312
Washington, DC 20001
(202) 662-9549
Counsel for plaintiff-appellant Troy Lewald

March 5, 2026

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(a)(2)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 276 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportional-spaced typeface using Microsoft Word 2019 in Century Schoolbook font in 14-point type.

March 5, 2026                                         /s/ Becca Steinberg
                                                      Becca Steinberg

# CERTIFICATE OF SERVICE

I certify that, on March 5, 2026, I electronically filed this motion using the CM/ECF System, which will send notice to all counsel of record registered with the ECF system.

                                                      /s/ Becca Steinberg
                                                      Becca Steinberg