# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED BY THE AMERICAN BAR ASSOCIATION

Appeal No. & Caption: **Lewald v. Pennsylvania Department of Corrections, No. 22-04625**

I, _____, Dean of _____,

a law school approved by the American Bar Association, do hereby certify that

**Kiarra Alleyne**, whose signature appears hereon, is a duly enrolled student of
Name of student

good character and competent legal ability who, having completed legal studies equivalent to at least

four semesters, is adequately trained to practice under the rules of the court.

_____       _____
Signature of Dean                                                                          Date

[✔] Check here if the law student is enrolled in a law school clinic or pro bono program and does not require certification under LAR 46.3(b)(3).

### STATEMENT OF LAW STUDENT

Appeal No. & Caption: **Lewald v. Pennsylvania Department of Corrections, No. 22-04625**

I **Kiarra Alleyne**, hereby state that I have read and am familiar with the Code of Professional Responsibility or Rules of Professional Conduct in force in the state in which my law school is located. I further state, in accordance with Local Rule 46.3(b), that I will neither ask for nor receive compensation or remuneration from the person on whose behalf I am rendering services. My email address, to be used for electronic service in this case, is: **ka896@georgetown.edu**.

_Kiarra Alleyne_ (signature)                                                                   2/6/2026
Signature of Student                                                                                Date

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### AGREEMENT OF SUPERVISION

Appeal No. & Caption: Lewald v. Pennsylvania Department of Corrections, No. 22-04625

I agree to work with **Kiarra Alleyne** as supervising attorney in the
Name of student

above-referenced case. As attorney of record, I assume personal professional responsibility for the law student's work and for supervising the quality of that work.

_[signature]_     2/6/2025
Signature of Supervising Attorney     Date

### ACKNOWLEDGMENT OF PARTY

Appeal No. & Caption: Lewald v. Pennsylvania Department of Corrections, No. 22-04625

I agree to be represented on appeal in the United States Court of Appeals for the Third Circuit by:

**Kiarra Alleyne**, a law student enrolled at
Name of law student

**Georgetown University Law Center** who is qualified
Name of law school

to practice before the United States Court of Appeals for the Third Circuit under the rules of the court.

I understand that **Becca Steinberg**, a member of the
Name of supervising attorney

Third Circuit bar, will supervise the work of the law student on my behalf.

_[signature]_     2/26/2026
Signature of Party     Date

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### OATH OF LAW STUDENT

I, Kiarra Alleyne _____, do solemnly swear (or affirm) that I will support the Constitution of the United States, and that, in practicing as an eligible law student under 3d Cir. L.A.R. 46.3, I will conduct myself strictly in accordance with the terms of that rule and according to law.

_Kiara Alleyne_
Applicant's Signature

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 17th DAY OF February 2026

_Anna Boer_
Signature of Notary or Person authorized to administer oaths

District of Columbia
Signed and Sworn to (or affirmed) before me on 2/17/26 (Date)
by Kiarra Alleyne
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: Anna Boer
Title of Office: Notary Public
My Commission Expires: Sep 30, 2028



Print   Save   Reset