# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED BY THE AMERICAN BAR ASSOCIATION

Appeal No. & Caption: _____

I, _____, Dean of _____,

a law school approved by the American Bar Association, do hereby certify that

_____, whose signature appears hereon, is a duly enrolled student of
Name of student

good character and competent legal ability who, having completed legal studies equivalent to at least

four semesters, is adequately trained to practice under the rules of the court.

_____          _____
Signature of Dean                                                                    Date

[✓] Check here if the law student is enrolled in a law school clinic or pro bono program and does not require certification under LAR 46.3(b)(3).

### STATEMENT OF LAW STUDENT

Appeal No. & Caption: No. 25-2166, Lewald v. Pennsylvania Department of Corrections

I Lindsey Gradowski, hereby state that I have read and am familiar with the Code of Professional Responsibility or Rules of Professional Conduct in force in the state in which my law school is located. I further state, in accordance with Local Rule 46.3(b), that I will neither ask for nor receive compensation or remuneration from the person on whose behalf I am rendering services. My email address, to be used for electronic service in this case, is: lgg24@georgetown.edu.

/s/ Lindsey Gradowski                                                   3/5/2026
Signature of Student                                                       Date

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### AGREEMENT OF SUPERVISION

Appeal No. & Caption: No. 25-2166, Lewald v. Pennsylvania Department of Corrections

I agree to work with **Lindsey Gradowski** (Name of student) as supervising attorney in the above-referenced case. As attorney of record, I assume personal professional responsibility for the law student's work and for supervising the quality of that work.

_Signature of Supervising Attorney_     Date: 2/6/2025

### ACKNOWLEDGMENT OF PARTY

Appeal No. & Caption: No. 25-2166, Lewald v. Pennsylvania Department of Corrections

I agree to be represented on appeal in the United States Court of Appeals for the Third Circuit by:

**Lindsey Gradowski** (Name of law student), a law student enrolled at

**Georgetown University Law Center** (Name of law school) who is qualified to practice before the United States Court of Appeals for the Third Circuit under the rules of the court. I understand that **Becca Steinberg** (Name of supervising attorney), a member of the Third Circuit bar, will supervise the work of the law student on my behalf.

_Signature of Party_     Date: 2/26/2026

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### OATH OF LAW STUDENT

I, Lindsey Gradowski, do solemnly swear (or affirm) that I will support the Constitution of the United States, and that, in practicing as an eligible law student under 3d Cir. L.A.R. 46.3, I will conduct myself strictly in accordance with the terms of that rule and according to law.

_____
Applicant's Signature

SUBSCRIBED AND SWORN TO
BEFORE ME ON THIS 17th DAY
OF February 20 26

_____
Signature of Notary or Person authorized to administer oaths



District of Columbia
Signed and Sworn to (or affirmed) before me on 2/17/26 (Date)
by Lindsey Gradowski
   (Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: Anna Boer
Title of Office: Notary Public
My Commission Expires: Sep 30, 2028