UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 25-2166**

Lewald v. Pennsylvania Department of Corrections

To:    Clerk

1)    Motion for the Admission of Law Students under Third Circuit L.A.R. 46.3

2)    Application for Admission by Kiarra Alleyne

3)    Application for Admission by Lindsey Gradowski

4)    Application for Admission by Galen Green

---

The foregoing motion is granted.  Kiarra Alleyne, Lindsey Gradowski, and Galen Green are permitted to enter their appearances as eligible law students on behalf of Appellant.  Ms. Alleyne, Ms. Gradowski, and Ms. Green satisfy the requirements for eligibility under Third Circuit Local Appellate Rule 46.3.  It is noted that Appellant has consented to the students' appearances on his behalf and that Becca Steinberg, Esq., the supervising attorney, has approved the entries of appearance.  Ms. Alleyne, Ms. Gradowski, and Ms. Green are directed to file the law student entry of appearance form, available on the Court's website, within 14 days of the date of this order.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 31, 2026

kr/cc: All Counsel of Record