**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
**APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3**

## CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED BY THE AMERICAN BAR ASSOCIATION

Appeal No. & Caption: _____

I, _____, Dean of _____,

a law school approved by the American Bar Association, do hereby certify that

_____, whose signature appears hereon, is a duly enrolled student of
Name of student

good character and competent legal ability who, having completed legal studies equivalent to at least

four semesters, is adequately trained to practice under the rules of the court.

_____                    _____
Signature of Dean                                                                    Date

☑  Check here if the law student is enrolled in a law school clinic or pro bono program and does not require certification under LAR 46.3(b)(3).

## STATEMENT OF LAW STUDENT

Appeal No. & Caption:  Troy Lewald v. Pennsylvania Department of Corrections, 25-2166

I Trent Dowell _____, hereby state that I have read and am familiar with the Code of

Professional Responsibility or Rules of Professional Conduct in force in the state in which my law

school is located.  I further state, in accordance with Local Rule 46.3(b), that I will neither ask for nor

receive compensation or remuneration from the person on whose behalf I am rendering services.  My

email address, to be used for electronic service in this case, is: td715@georgetown.edu .

_____                    _____
Signature of Student                                                                Date

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
### APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

---

### AGREEMENT OF SUPERVISION

Appeal No. & Caption: Troy Lewald v. Pennsylvania Department of Corrections, 25-2166

I agree to work with Trent Dowell _____ as supervising attorney in the
                Name of student

above-referenced case.  As attorney of record, I assume personal professional responsibility for the law

student's work and for supervising the quality of that work.

_____        3/17/2026
Signature of Supervising Attorney          Date

---

### ACKNOWLEDGMENT OF PARTY

Appeal No. & Caption: Troy Lewald v. Pennsylvania Department of Corrections, 25-2166

I agree to be represented on appeal in the United States Court of Appeals for the Third Circuit by:

Trent Dowell _____, a law student  enrolled at
Name of law student

Georgetown University Law Center _____ who is qualified
            Name of law school

to practice before the United States Court of Appeals for the Third Circuit under the rules of the court.

I understand that Becca Steinberg _____, a member of the
         Name of supervising attorney

Third Circuit bar, will supervise the work of the law student on my behalf.

_____        3/20/2026
Signature of Party              Date

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

| OATH OF LAW STUDENT |
| --- |

I, Trent Dowell _____, do solemnly swear (or affirm) that I will support the Constitution of the United States, and that, in practicing as an eligible law student under 3d Cir. L.A.R. 46.3, I will conduct myself strictly in accordance with the terms of that rule and according to law.

_____
Applicant's Signature

SUBSCRIBED AND SWORN TO
BEFORE ME ON THIS 2nd DAY
OF ~~March~~ April 20 26
        TD

Anna Boer
_____
Signature of Notary or Person authorized to administer oaths



District of Columbia
Signed and Sworn to (or affirmed) before me on  4/2/26 (Date)
by  Trent Dowell
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: Anna Boer
Title of Office: Notary Public
My Commission Expires: 9/30/28