## No. 25-2166

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Troy Lewald,

Plaintiff-Appellant,

v.

Pennsylvania Department of Corrections, et al.,

Defendants-Appellees.

On Appeal from a Final Judgment of the
United States District Court for the Eastern District of Pennsylvania
Case No. 2:22-cv-04625, Hon. Chad F. Kenney

## MOTION FOR ADMISSION OF LAW STUDENT UNDER THIS COURT'S RULE 46.3

Becca Steinberg
Brian Wolfman
GEORGETOWN LAW APPELLATE
  COURTS IMMERSION CLINIC
600 New Jersey Ave., NW,
  Suite 312
Washington, D.C. 20001
(202) 662-9549

Counsel for Plaintiff-Appellant Troy Lewald

May 8, 2026

## Motion for Admission of Law Student under this Court's Rule 46.3

Under this Court's Rule 46.3, plaintiff-appellant Troy Vincent Lewald moves for the admission of Trent Dowell, a law student enrolled at Georgetown University Law Center. The motion should be granted for these reasons.

**1.** Mr. Lewald is represented by Georgetown Law's Appellate Courts Immersion Clinic (ACIC), an appellate-litigation clinic at Georgetown University Law Center.

**2.** Through ACIC, Georgetown Law students work on appeals under attorney supervision. In this case, Brian Wolfman, the clinic's director, and Becca Steinberg, a clinical teaching fellow and staff attorney, have assigned Mr. Dowell to work on the reply brief. *See* Third Cir. R. 46.3(a)(2) (authorizing practice by certain students enrolled in law-school clinics).

**4.** Mr. Dowell is enrolled in an ABA-approved law school; he is not receiving compensation for his work on this appeal; and he has certified in writing (in a document submitted in a separate ECF submission to this Court, *see* Dkt. 43) that he has read and is familiar with the relevant rules of professional responsibility. *See* Third Cir. R. 46.3(b)(1), (4), and (5). He has also submitted the oath required by this Court's Rule 46.3(b)(6). Mr. Lewald has consented in writing to Mr. Dowell's appearance. Dkt. 43; *see* Third Cir. R. 46.3(a)(1).

**5.** Mr. Dowell is enrolled in a law-school clinic and has completed more than four semesters of law school, so he is qualified for admission under this Court's Rule 46.3(b)(2).

## Conclusion

This motion for the admission of a law student under this Court's Rule 46.3 should be granted.

Respectfully submitted,

/s/ Becca Steinberg
Becca Steinberg
GEORGETOWN LAW APPELLATE
  COURTS IMMERSION CLINIC
600 New Jersey Ave., NW, Suite 312
Washington, DC 20001
(202) 662-9549
Counsel for plaintiff-appellant Troy Lewald

May 8, 2026

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(a)(2)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 260 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportional-spaced typeface using Microsoft Word 2019 in Century Schoolbook font in 14-point type.

May 8, 2026

/s/ Becca Steinberg
Becca Steinberg

## CERTIFICATE OF SERVICE

I certify that, on May 8, 2026, I electronically filed this motion using the CM/ECF System, which will send notice to all counsel of record registered with the ECF system.

/s/ Becca Steinberg
Becca Steinberg