UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2166**

Lewald v. Pennsylvania Department of Corrections

To:    Clerk

1)    Motion for the Admission of Law Student under Third Circuit L.A.R. 46.3

2)    Application for Admission by Trent Dowell

---

The foregoing motion is granted. Trent Dowell is permitted to enter his appearance as an eligible law student on behalf of Appellant. Mr. Dowell satisfies the requirements for eligibility under Third Circuit Local Appellate Rule 46.3. It is noted that Appellant has consented to Mr. Dowell's appearance on his behalf and that Becca Steinberg, Esq., the supervising attorney, has approved the entry of appearance. Mr. Dowell is directed to file the law student entry of appearance form, available on the Court's website, within 14 days of the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  May 13, 2026

kr/cc: Kiarra Alleyne
       Trent Dowell
        Lindsey Gradowski
        Galen Green
        Becca Steinberg, Esq.
        Samuel Weiss, Esq.
        Brian S. Wolfman, Esq.
        Brett Graham, Esq.