**No. 25-2166**

## IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Troy Lewald,

Plaintiff-Appellant,

v.

Pennsylvania Department of Corrections, et al.,

Defendants-Appellees.

## Motion to Withdraw as Counsel

Undersigned counsel Becca Steinberg requests that the Clerk of this Court withdraw her appearance on behalf of Plaintiff-Appellant Troy Lewald. Ms. Steinberg is leaving the Georgetown Law Appellate Courts Immersion Clinic and will no longer be representing Mr. Lewald in this Court. Mr. Lewald will continue to be represented by Brian Wolfman and Samuel Weiss.

Respectfully submitted,

/s/ Becca Steinberg
Becca Steinberg
GEORGETOWN LAW APPELLATE
　COURTS IMMERSION CLINIC
600 New Jersey Ave., NW, Suite 312
Washington, DC 20001
(202) 662-9549
Counsel for Plaintiff-Appellant Troy Lewald

June 30, 2026