UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2166**

Lewald v. Pennsylvania Department of Corrections

To:    Clerk

1)    Motion by Appellant Troy Lewald to Stay Appeal and Direct the District Court to Forward the Memorandum Referenced in the June 3, 2025, Order

---

At the direction of the Court, the foregoing motion by Appellant Troy Lewald to stay appeal and direct the District Court to forward the memorandum referenced in the June 3, 2025, Order is denied as moot.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 5, 2026

kr/cc: All Counsel of Record