**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 25-2166

Troy Lewald vs. Pennsylvania Department of Corrections

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Pennsylvania Department of Corrections

Indicate the party's role IN THIS COURT (check **only** one):

- ☐ Petitioner(s)
- ☐ Appellant(s)
- ☐ Intervenor(s)
- ☐ Respondent(s)
- ☑ Appellee(s)
- ☐ Amicus Curiae

(Type or Print) Counsel's Name Jacob Frasch, Senior Deputy Attorney General

☑ Mr. ☐ Ms. ☐ Mrs. ☐ Miss ☐ Mx.

Firm Pennsylvania Office of Attorney General - Appellate Litigation Section

Address 15th Floor, Strawberry Square

City, State, Zip Code Harrisburg, PA 17120

Phone 717-783-7560 Fax 717-772-4526

**Primary E-Mail Address (required)** jfrasch@attorneygeneral.gov
**Additional E-Mail Address (1)** mheiss@attorneygeneral.gov
**Additional E-Mail Address (2)** ______
**Additional E-Mail Address (3)** ______

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Jacob Frasch

---

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.