COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

August 31, 2026

Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone 717-580-7897
jfrasch@attorneygeneral.gov

**VIA ECF**

Re: Troy Lewald v. Pennsylvania Department of Corrections, *et al.*, No. 25-2166

To the Clerk of Court:

I represent the Pennsylvania Department of Corrections ("DOC") in the above-referenced matter, and write regarding oral argument. As suggested by my entry of appearance and argument acknowledgement, I am replacing Brett Graham as DOC's counsel in this matter.[1]

The Court has calendared this matter for Friday, October 2, 2026. However, I am only available for oral argument on that day in the morning—i.e., I am unavailable for oral argument on that day in the afternoon. I am, however, available for oral argument any other day the week beginning September 28, 2026.[2]

Sincerely,
*/s/Jacob Frasch*
JACOB FRASCH
Senior Deputy Attorney General

---

1 Mr. Graham has left the Pennsylvania Office of Attorney General.

2 I called the Clerk's office last Friday, August 28, 2026, to inform staff of this development, and was advised to file this letter on the docket.