**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 25-2166

Troy Lewald vs. Pennsylvania Department of Corrections, et al.

Calendar Date October 02, 2026 Location Philadelphia, PA

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Jacob Frasch

Designation of Arguing Counsel: Jacob Frasch

Member of the Bar: ☑ Yes ☐ No

Representing (check only one):

☐ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☑ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

Pennsylvania Department of Corrections

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)