OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 8, 2026

Kiarra Alleyne
Ciara Cooney, Esq.
Jacob A. Frasch, Esq.
Lindsey Gradowski
Brett T. Graham, Esq.
Galen Green
Samuel Weiss, Esq.
Brian S. Wolfman, Esq.

RE: Troy Lewald v. Pennsylvania Department of Corrections, et al
Case Number: 25-2166
District Court Case Number: 2:22-cv-04625

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Friday, October 2, 2026** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **SHWARTZ, CHUNG and FISHER, Circuit Judges.**

Very truly yours,

Patricia S. Dodszuweit

PATRICIA S. DODSZUWEIT
Clerk

By: Ashley
Calendar Clerk
267-299-4947