# U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2166

TROY LEWALD,
Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS; WELLPATH HOLDINGS LLC, "Wellpath"; KIP HALLMAN; GEORGE M. LITTLE; KERI MOORE; et al.

---

Appeal from U.S. District Court, E.D. Pa.
Judge Chad F. Kenney, No. 2:22-cv-04625

Before: SHWARTZ, CHUNG, and FISHER, *Circuit Judges*
Submitted: Oct. 2, 2026; Filed: October 21, 2026

---

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania, and was submitted on October 2, 2026. On consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the Eastern District of Pennsylvania entered on November 30, 2023 is VACATED and REMANDED, and the judgment of the United States District Court for the Eastern District of Pennsylvania entered on June 3, 2025 is AFFIRMED. Costs shall be taxed against the Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATE: October 21, 2026

*Appellees*

Pennsylvania Department of Corrections
Wellpath Holdings, Inc., "Wellpath"
Kip Hallman
George M. Little
Keri Moore
John Silva
Darina Varner
Michael R. Clark
Jamie Sorber
Trevor Wingard
Paul A. Ennis
Tammy Ferguson
Robert Terra
Melinda Adams
Joseph Terra
Mandy Biser-Simple
Teri Reid
Anthony Litizio
Carol Annino
Jackie Wood
Britney Huner
Tiffany Wills
Monique Savage
Kim Waidelich
Tara Jackson
Jason Stimmel
Brian Kline
Courtney Cione
Jane Rieger
Susan Nardella
Kelly Sheeran
Regina Curby
Dennis Cotton
Melissa Delliponti
Robert Poli
Lisa Durant
Charles Hensley
John Muick
Paul Noel
Leandra Strenkoski
Shanda DeShield

Robert Choate
Anthony Matteo
Employee Ninan
Employee Fitzgerald-Young
Employee Grennon
Lisa Baird